UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
C.O., et al.,                                      :
                       Plaintiffs,    :
                                             :        22 Civ. 4507 (LGS)
            -against-                  :
                                             :             ORDER
NEW YORK CITY DEPARTMENT OF    :
EDUCATION,                                  :
                       Defendant.  :
                                             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated August 22, 2022, required the parties to file a joint letter regarding the status of settlement negotiations by September 15, 2022;

       WHEREAS, the parties failed to submit the letter.  It is hereby

       **ORDERED** that, by **September 20, 2022**, the parties shall file the joint letter.

Dated: September 16, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE