UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
C.O., *et al.*,

                        Plaintiffs,                    **ORDER**

               -against-             **22-CV-4507 (LGS) (JW)**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred for resolution of the outstanding fee dispersal issue in this matter.  Dkt. No. 31.  Mr. Clifford Olshaker, Ms. Irina Roller or her representative, and counsel from the Department of Education are ordered to appear for a conference on **May 24, 2023** at **10:30 AM**.  The Conference will be held in person in Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
              April 13, 2023

                                                         _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge