UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
C.O., *et al.*,

                        Plaintiffs,                  **ORDER**

        -against-                            **22-CV-4507 (LGS) (JW)**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On May 24, 2023, Plaintiff, Plaintiff's former counsel, and Defendant (the "Parties") were heard on the fee dispute and motion to compel at Dkt. Nos. 29, 30 and 33. As stated on the record, all Parties are directed to produce (i) copies of the retainer agreement between Plaintiff and Plaintiff's former counsel for the relevant school year, (ii) billing and payment records related to the settlement and fees collected from Plaintiff related to the instant dispute, and (iii) any relevant communications regarding payments, the settlement, or Plaintiff's former counsel's authorizations with respect to the complaint or settlement to the other Parties by **June 9, 2023**.

      Parties are directed to file submissions, including sworn declarations or affidavits regarding their positions on the authorization of Plaintiff's former counsel with respect to the complaint and the settlement by **July 10, 2023**.

      Any responses to the submissions are due by **July 24, 2023**.

Parties are directed to request a copy of the transcript from today's conference and produce a copy to Plaintiff and the Court. The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 29, 30 and 33.

SO ORDERED.

DATED:   New York, New York
         May 24, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge