UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
C.O., *et al.*,

                Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------------X

**ORDER**

**22-cv-4507 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This action is scheduled for a conference on **October 27, 2023** at **11:00 AM**. Mr. Clifford Olshaker, legal counsel for the Law Offices of Irina Roller, PLLC, and counsel for the Department of Education are ordered to appear for the conference. The Conference will be held in person in Courtroom 228, 40 Foley Square, New York, New York.

    SO ORDERED.

DATED:    New York, New York
                October 6, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge