UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
C.O., individually and on behalf of his minor child,

                              Plaintiffs,             22 Civ. 4507 (LGS)

    -against -                                    **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.
_____x

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Order dated January 24, 2025, judgment is hereby entered against Defendant in the

amount of $26,500.00 for attorneys' fees and expenses; accordingly, the case is closed.

Dated:  February 6 , 2025
         New York, New York

                                      **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**